UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| BILLY WAYNE OGLESBY | CIVIL ACTION NO. 03-0990-A |
|---|---|
| -vs- | JUDGE DRELL |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein; after an independent review of the entire record; and concurring with the Magistrate Judge's findings under the applicable law:

IT IS ORDERED that attorney's fees in the amount of $2,343.75 (18.75 hours x $125.00 per hour) are AWARDED and ORDERED PAID to Plaintiff's counsel.

SIGNED on this 28th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge